THE STATE EX REL. RAMOS, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Ramos v. Indus. Comm.* (1999), 85 Ohio St.3d 27.]

(No. 97–123—Submitted February 9, 1999—Decided March 17, 1999.)

*Alan I. Goodman,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Craigg E. Gould,* Assistant Attorney General, for appellee Industrial Commission.

*Crosby, Belock & O'Brien Co., L.P.A.,* and *Donald G. Drinko,* for appellee American Environmental Technologies, Inc.

28

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.